1
2  JS-6
3
4
5  **FILED**
   CLERK, U.S. DISTRICT COURT
6
   July 16, 2020
7
   CENTRAL DISTRICT OF CALIFORNIA
   BY: ___VPC___ DEPUTY
8
9
10
11 **UNITED STATES DISTRICT COURT**

12 **CENTRAL DISTRICT OF CALIFORNIA**

13 | KENNETH TAYLOR, on behalf of himself and others similarly situated, | Case No.: 2:20:-cv-04919- PSG(PDx) (Related to No. 2:20−cv−04931−PSG−PDx) |
14 
15 | PLAINTIFF, | |
16 | vs. | **[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)** |
17 | MICHAEL KORS, INC.; MICHAEL KORS (USA), INC.; MICHAEL KORS STORES (CALIFORNIA), INC.; MICHAEL KORS RETAIL, INC.; ADECCO USA, INC.; and DOES 1 to 100, Inclusive et al., | |
18 
19 
20 | DEFENDANTS. | **Action Filed: March 16, 2020**
**Action Removed: June 3, 2020** |
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT**

1

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Plaintiff KENNETH TAYLOR ("Plaintiff"), Defendants MICHAEL KORS (USA), INC. (erroneously sued as MICHAEL KORS INC.), MICHAEL KORS STORES (CALIFORNIA), INC., MICHAEL KORS RETAIL, INC. and ADECCO USA, INC. (collectively referred to as "Defendants") filed a Joint Stipulation seeking Dismissal of Plaintiff's Class Action Complaint without prejudice.

The Court, having read and considered all of the papers filed on behalf of the parties and on file in the action, **HEREBY ORDERS:**

1. The Joint Stipulation of Dismissal of Plaintiff's Complaint without Prejudice is hereby granted.

2. The action now identified as 2:20−cv−04931−PSG−PDx as a result of the Court's June 24, 2020 Order Re Transfer Pursuant to General Order 19-03 is hereby dismissed, without prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and Plaintiff and Defendants shall each be responsible for their respective costs and fees.

3. The related action numbered 2:20:-cv-04919- PSG(PDx)) is hereby dismissed, without prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and Plaintiff and Defendants shall each be responsible for their respective costs and fees.

**IT IS SO ORDERED.**

Date: **July 16, 2020**

_____
Hon. Philip S. Gutierrez
United States District Court
Chief Judge